■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAYBORN GORDON, Appellant. [614 NYS2d 220] —Application by the appellant *pro se* for a writ of error coram nobis to vacate a decision and order of this Court dated June 8, 1987 *(People v Gordon,* 131 AD2d 588), affirming a judgment of the County Court, Suffolk County, rendered June 6, 1983, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Hart, Krausman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH HASKINS, Appellant. [614 NYS2d 221] —Appeal by the defendant from a judgment of the County Court, Westchester County (Murphy, J.), rendered May 12, 1993, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Rosenblatt, Ritter, Friedmann and Krausman, JJ., concur.